

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-21-00768-PHX-DLR (JZB) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | | VIO:  18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 1 – 7 |
| Precious Raeshawna Thornton, | | |
| Defendant. | | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1 – 7**</u>

From on or about November 30, 2020, through on or about January 22, 2021, in the District of Arizona, Defendant PRECIOUS RAESHAWNA THORNTON knowingly made false statements and representations to the businesses listed below, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant PRECIOUS RAESHAWNA THORNTON did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record on each of the approximate dates below, stating that she (1) resided at the address listed on the Form

4473, when in truth and fact, she knew that she resided at a different address, and (2) was the actual transferee or buyer of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, she knew that she was buying the firearm on behalf of another:

| Count | Date | Business Name | Business Location |
|-------|------|---------------|-------------------|
| 1 | November 30, 2020 | Windy City Pawnbrokers | Phoenix, Arizona |
| 2 | November 30, 2020 | Shooters World | Phoenix, Arizona |
| 3 | December 2, 2020 | Shooters World | Phoenix, Arizona |
| 4 | December 4, 2020 | Refiners Firearms | Phoenix, Arizona |
| 5 | January 1, 2021 | Shooters World | Phoenix, Arizona |
| 6 | January 22, 2021 | Shooters World | Phoenix, Arizona |
| 7 | January 23, 2021 | Windy City Pawnbrokers | Phoenix, Arizona |

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1–7 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1–7 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

- 2 -

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date:  September 21, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
COLEEN SCHOCH
Assistant U.S. Attorney

- 3 -